UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMES BROWN, et al., ) | |
| ) | Case No. 1:06-CV-00026 |
| Plaintiffs, ) | |
| ) | Judge Ann Aldrich |
| v. ) | |
| ) | |
| TELEDYNE CONTINENTAL MOTORS, INC., ) | |
| ) | <u>ORDER</u> |
| Defendant. ) | |
| ) | |

In its March 15, 2007 memorandum and order [Docket No. 74], the court determined that certain portions of the deposition transcripts of Donald Rhodes, William Takala and Joseph Epperson be redacted as expert or opinion testimony. Defendant Teledyne Continental Motors, Inc. ("Teledyne") filed objections to the court's designated redactions as well as an objection to a portion of the videotaped deposition of Dr. Michael Eppig [Docket No. 79]. Now that the objections have been briefed, the court reaffirms its redaction of 36:6-37:10 of Mr. Epperson's deposition as expert or opinion testimony,[1] and further orders redaction of 69:2-70:2 of Mr. Epperson's deposition as it states a legal conclusion. With respect to the deposition of Dr. Eppig, the court finds that the testimony at 31:17-34:8 should not be redacted and is relevant and admissible at trial, despite the court's exclusion of certain damages in both its November 9, 2006 memorandum and order [Docket No. 48] and its March 15, 2007 memorandum and order [Docket No. 74].

IT IS SO ORDERED.

    /s/Ann Aldrich
ANN ALDRICH
UNITED STATES DISTRICT JUDGE

**Dated: August 16, 2007**

---

[1] The page and line listings are in the following format: 1:3-4 refers to page 1, lines 3 through 4; 1:3-2:6 refers to page 1, line 3 through page 2, line 6.